United States District Court
Southern District of Texas
**ENTERED**
March 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE VERISOURCE SERVICES, INC. DATA BREACH LITIGATION | CIVIL ACTION NO. 4:24-CV-03492 |

## ORDER

On March 13, 2026, the District Judge canceled the docket call and abated the deadlines in the scheduling order.[1]  ECF 97.  The Parties submitted a joint proposed scheduling order.  ECF 96; ECF 99 at 2 n.1.  It is therefore

ORDERED that the Scheduling Order (ECF 23) is AMENDED according to the following:

1. 6/26/2026        MOTION TO ADD NEW PARTIES
The party causing the addition of a new party must provide copies of this Order and all previously entered Orders to the new party.

2. 7/31/2026        MOTIONS FOR LEAVE TO AMEND PLEADINGS
Any party seeking leave to amend pleadings after this date must show good cause.

3a. 1/29/2027       EXPERTS (**other than attorneys' fees**)
The party with the burden of proof on an issue must designate expert witnesses in writing and provide the required report under Rule 26(a)(2).

3b. 2/26/2027       The opposing party must designate expert witnesses in writing and provide the required report under Rule 26(a)(2).

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72.  ECF 14.

4. <u>4/30/2027</u>　　　COMPLETION OF DISCOVERY
Discovery requests are not timely if the deadline for response under the Federal Rules of Civil Procedure falls after this date. Parties may by agreement continue discovery beyond the deadline.

5. <u>5/28/2027</u>　　　DISPOSITIVE AND NONDISPOSITIVE MOTIONS DEADLINE (**except for motions** *in limine*)
No party may file any motion after this date except for good cause shown.

6. <u>7/16/2027</u>　　　MEDIATION OR SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE
The parties must complete mediation or other form of dispute resolution.

7. <u>9/17/2027</u>　　　DEADLINE FOR JOINT PRETRIAL ORDER AND MOTIONS *IN LIMINE*
The Joint Pretrial Order must contain the pretrial disclosures required by Rule 26(a)(3). Plaintiff is responsible for timely filing of the complete Joint Pretrial Order. Failure to do so may lead to dismissal or other sanction in accordance with applicable rules.

8. <u>10/19/2027</u>　　　DOCKET CALL
Docket call will occur at 01:30 PM in Courtroom 9F, United States Courthouse, 515 Rusk, Houston, Texas. The Court will not consider documents filed within seven days of docket call. The Court may rule on pending motions at docket call and will set the case for trial as close to docket call as practicable.

9. Additional orders or limitations relating to disclosures, discovery, or pretrial motions:

　　<u>Within 30 days after an Answer is filed, the parties shall meet and confer at a Rule 26(f) conference about the timing and sequencing of any motion for class certification and related expert disclosures, and shall submit a joint proposal to the Court within 10 days after the Rule 26(f) conference.</u>

Signed on March 25, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge